UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEP 27 2023 PM 4:37
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-00296-KKM-AAS

ELIESER AURELIO GOMEZ-ZELAYA

18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)

42 U.S.C. § 408(a)(7)(B)
(False Representation of a Social Security Number)

18 U.S.C. § 1015(e)
(False Claim of U.S. Citizenship)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Aggravated Identity Theft)

On or about June 14, 2021, in the Middle District of Florida, the defendant,

ELIESER AURELIO GOMEZ-ZELAYA,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of G.B.S., and the Social Security number of G.B.S., during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B), false representation of a Social Security account number, as charged in Count Two of this Superseding Indictment, Count Two being incorporated by reference, and to a felony

violation of 18 U.S.C. § 1015(e), false claim of United States citizenship with the intent to engage unlawfully in employment in the United States, as charged in Count Three of this Superseding Indictment, Count Three being incorporated by reference, and knowing that such means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT TWO
### (False Representation of a Social Security Number)

On or about June 14, 2021, in the Middle District of Florida, the defendant,

ELIESER AURELIO GOMEZ-ZELAYA,

for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly, with the intent to deceive, falsely represent to COMPANY a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the Social Security account number assigned by the Commissioner of Social Security to him.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT THREE
### (False Claim of United States Citizenship)

On or about June 14, 2021, in the Middle District of Florida, the defendant,

ELIESER AURELIO GOMEZ-ZELAYA,

did falsely and knowingly claim to be a citizen of the United States with the intent to

engage unlawfully in employment in the United States.

In violation of 18 U.S.C. § 1015(e).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Criminal Division (South)

By: _____
Sara C. Sweeney
First Assistant United States Attorney

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ELIESER AURELIO GOMEZ-ZELAYA

SUPERSEDING INDICTMENT

Violations: 18 U.S.C. § 1028A(a)(1), 42 U.S.C. § 408(a)(7)(B), 18 U.S.C. § 1015(e)

A true bill,

███████████████████
Foreperson

Filed in open court this 27th day

of September 2023.

_____
Clerk

Bail $_____

GPO 863 525