UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:23-cr-296-KKM-AAS

ELIESER AURELIO GOMEZ-ZELAYA

## SENTENCING MEMORANDUM

The United States files this sentencing memorandum pursuant to 18 U.S.C. § 3553(a).  For the reasons set forth below, the United States respectfully requests that the Court sentence the defendant, Elieser Aurelio Gomez-Zelaya, to imprisonment for a term of two years and seven months.

## BACKGROUND

1.   Archer Western-de Moya Group Joint Venture II (Joint Venture) is enrolled in E-Verify, a web-based system through which employers electronically confirm the employment eligibility of their employees.  E-Verify is administered by the Social Security Administration (SSA) and U.S. Citizenship and Immigration Services (USCIS).  The SSA and USCIS check the submitted information against the records of actual persons who are authorized to work in the United States.  E-Verify is a voluntary program for employers and requires documents such as a Social Security number and photo identification of a prospective employee.

2.   The defendant, Elieser Aurelio Gomez-Zelaya, is an illegal alien from Honduras with no lawful status in the United States.  He has never had permission

to lawfully work in the United States.   On June 14, 2021, the defendant applied for employment with the Joint Venture in Pinellas County, FL.   He filled out an I9 form for use in the E-Verify system.   On that form, the defendant falsely identified himself as a United States citizen and claimed to be G.B.S.   G.B.S. is an actual person and a United States citizen.   The defendant filled in G.B.S.'s full name on the I9 form, along with G.B.S's actual date of birth and Social Security number.

3. The defendant attached two fraudulent identification documents in P.B.S.'s name to the I9 form.   One was a fraudulent Oklahoma identification card showing the name and date of birth of G.B.S. and the other was a Social Security card bearing G.B.S's name and Social Security number. The defendant used G.B.S.'s means of identification to defeat the E-Verify system and to commit the felony offenses of Misuse of a Social Security Number and False Claim of United States Citizenship, as charged in Counts Two and Three of the Indictment.

4. The front of the fraudulent G.B.S Oklahoma identification card submitted by the defendant appears to have the likeness of an actual Oklahoma identification card.   The back of the card that was submitted by the defendant to the Joint Venture showed a black magnetic strip with the words, "Visit the OSU IT Web Page: http://WWW.it.okstate.edu."   Additionally, it stated, "To verify cardholder's current OSU status www.it.okstate.edu."   It also displayed that the card was property of Oklahoma State University and non-transferable.   It cautioned that if the card was found, to please return to 113 Math Sciences, Oklahoma State University, Stillwater, OK 74078.

5. The defendant was encountered by law enforcement at the Joint Venture on or about September 22, 2022. That night, another worker at the Joint Venture working under a stolen identify, Juan Molina-Salles, struck and killed Deputy Michael Hartwick, Pinellas County Sheriff's Office (PCSO), at the Joint Venture's construction site in Pinellas County, FL.

6. Specifically, on September 22, 2022 at approximately 10:46 P.M., the PCSO received a call for service regarding a hit and run that occurred in the area of Interstate 275 (I-275) and Roosevelt Boulevard in Pinellas County, FL. Law enforcement arrived at the scene, a highway construction site, and discovered PCSO Deputy Michael Hartwick was down on the shoulder of southbound I-275, approximately one-half mile from exit 30. At approximately 11:05 P.M.., Deputy Hartwick was pronounced deceased by fire-rescue personnel.

7. PCSO retrieved a video recording from Deputy Hartwick's patrol vehicle. The video showed at approximately 10:43 P.M., Deputy Hartwick walked in front of the patrol vehicle and across I-275 towards the shoulder of the southbound lanes. The video showed a Caterpillar front loader driving northbound on the shoulder towards Deputy Hartwick's vehicle at approximately 10:46 P.M. A pickup truck, following the front loader, was viewed coming to a sudden stop. Video surveillance was obtained by PCSO from two 18-wheelers located north of the collision. One video showed a front loader driving away from the area where Deputy Hartwick's body was found.

8. A PCSO detective spoke with the defendant. The defendant falsely identified himself as G.B.S. The defendant said he was operating one of two front loaders at the time of the crash. The defendant stated he parked his front loader near the road with the metal fork attachments facing the road. The defendant reported the other front loader was being operated by his co-worker, "Victor" (Molina-Salles; the defendant referred to him as Victor throughout the interview.) The defendant stated he did not witness the crash but did observe Victor (Molina-Salles) operating the other front loader and parking it.

9. A PCSO detective observed surveillance video from an 18-wheeler and saw an individual remove a work vest and hand the vest to another individual. The person who removed their work vest walked northbound, away from the scene. After viewing this video, the defendant was asked again about his interaction with Molina-Salles. The defendant stated he spoke to Victor (Molina-Salles) after the crash. Victor (Molina-Salles) told the defendant, "I ran over a deputy." Victor (Molina-Salles) then gave the defendant his work vest and helmet and instructed the defendant to get rid of them. Victor (Molina-Salles) headed northbound on foot.

10. The defendant was arrested on state charges and ultimately pleaded guilty in state court to giving a false name (the stolen G.B.S. identity) to law enforcement. The defendant was an accessory after the fact to a felony offense of leaving the scene of an accident involving the death of a Pinellas County Sheriff Deputy by assisting Victor Vazquez in hiding clothing and lying to investigators.

## MEMORANDUM OF LAW

11.      The defendant's total offense level is 6 and his criminal history category is II.   The United States Sentencing Guidelines (USSG) provide for a range of one to seven months' imprisonment, consecutive to the two-year term of imprisonment required by 18 U.S.C. § 1028A. USSG § 2B1.6.

12.      A high-end sentence is appropriate.   The defendant committed serious felony offenses.   He used the stolen identity of a United States citizen and corrupted our Social Security and E-Verify systems.   When deputies were on the hunt for the man who killed Deputy Hartwick, the defendant chose not to do the right thing.   Rather than being immediately truthful and helpful, he decided to lie and cover up for a fugitive.   The nature and circumstances of the offense, the history and characteristics of the defendant, the need to reflect the seriousness of the offense, the need to promote respect for the law, the need to provide just punishment for the offense, the need to afford adequate deterrence to criminal conduct, and the need to protect the public from further crimes of the defendant a call for a sentence at the high-end of the advisory guideline range.   18 U.S.C. § 3553(a).

13. WHEREFORE, the United States respectfully requests that the Court impose a sentence of two years and seven months' imprisonment.

          Respectfully submitted,

          GREGORY W. KEHOE
          United States Attorney

By:   */s/ Christopher F. Murray*
      Christopher F. Murray
      Assistant United States Attorney
      United States Attorney No. 095
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: christopher.murray@usdoj.gov

U.S. v . Gomez-Zelaya                              Case No. 8:23-cr-296-KKM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Shelton Bridges, Esq.

                                      */s/ Christopher F. Murray*
                                      Christopher F. Murray
                                      Assistant United States Attorney
                                      United States Attorney No. 095
                                      400 N. Tampa St., Ste. 3200
                                      Tampa, FL 33602-4798
                                      Telephone: (813) 274-6000
                                      Facsimile: (813) 274-6358
                                      E-mail: christopher.murray@usdoj.gov