UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA              Case No.: 8:23-cr-00296-KKM-AAS

v.

ELIESER AURELIO GOMEZ-ZALAYA
_____/

### ELIESER AURELIO GOMEZ-ZALAYA'S SENTENCING MEMORANDUM

The defendant, Elieser Aurelio Gomez-Zalaya, by and through his undersigned counsel, respectfully comes before this Honorable Court and files this sentencing memorandum, having pleaded guilty to one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), one count of False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and one count of False Claim of U.S. Citizenship, in violation of 18 U.S.C. § 1015(e). For the reasons set forth below, Mr. Gomez-Zelaya respectfully requests that the Court sentence him to time served.

Mr. Gomez-Zelaya objects to Paragraph 31 of the Presentence Investigation Report, which incorrectly assesses three criminal history points for a prior offense. The criminal conviction described in Paragraph 31 is part of the offense conduct in the instant federal case and should have been included as part of the offense conduct in Paragraphs 9-13. Mr. Gomez-Zelaya initially was arrested for events that occurred on or about September 22, 2022. Although the only state charge he

faced was Accessory After the Fact to a felony offense of Leaving the Scene of an Accident Involving Death, part of Mr. Gomez-Zelaya's offense conduct was lying to law enforcement about his true identity, precisely because he was trying to avoid detection and because his guilt in the instant federal case would readily be found out.

The "prior act" listed in Paragraph 31 was committed in the course of attempting to avoid detection or responsibility for the current federal offenses, and thus cannot be a basis for an increase in criminal history points. *See* United States v. White, 335 F.3d 1314 (11th Cir. 2003). That Mr. Gomez-Zelaya committed these federal crimes in 2021 does not separate them from the events of September 22, 2022. Mr. Gomez-Zelaya's criminal acts in 2021 and 2022 are connected.

Mr. Gomez-Zalaya has been in continuous custody since September 22 or 23, 2022. Pursuant to U.S.S.G. § 5G1.3(b), Mr. Gomez-Zelaya should receive credit for all of the time he served on the state charge, as well as the time he has served on the federal charges. Pursuant to U.S.S.G. § 4A1.2(a)(1) and comment. (n.1), the criminal history points should be erased.

After removing the three criminal history points in Paragraph 31, Mr. Gomez-Zelaya's criminal history category is I, not II, and the guideline imprisonment range is zero months to six months. Adding in the two-year minimum mandatory sentence for Count One, which must run consecutively to any other prison sentence, Mr. Gomez-Zelaya faces a range of 24 months to 30

months of imprisonment. Given that Mr. Gomez-Zelaya has been in jail for more than 35 months, a sentence of time served is appropriate.

**WHEREFORE**, the defendant, Elieser Aurelio Gomez-Zalaya, respectfully submits this Sentencing Memorandum and moves this Honorable Court to impose a sentence of time served for the reasons set forth above.

**Dated** this 29th day of August, 2025.

Respectfully submitted,

*/s/ Shelton S. Bridges*

**Shelton S. Bridges, Esquire**
Florida Bar No. 330980
Attorney and Counselor at Law
Bridges Law Group, PLLC
P.O. Box 13132
Tampa, FL 33681-3132
Telephone: (813) 609-0071
Primary e-mail: eservice@sheltonbridges.com (e-service only)
Secondary e-mail: shelton@sheltonbridges.com
Attorney for Defendant, Elieser Aurelio Gomez-Zalaya

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA Christopher F. Murray
United States Attorney's Office
400 N. Tampa St., Ste. 3200
Tampa, FL 33602

*[signature]*

**Shelton S. Bridges, Esquire**